**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JARRETT MELVIN TARN** | : | **NO. 19-365** |

## ORDER

**NOW**, this 28th day of April, 2025, upon consideration of the Motion Requesting a Two Point Reduction (Doc. No. 199) and the government's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.